1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY GRILLI, | ) | CASE NO. 5:19-cv-00705 JLS (SPx) |
| | ) | |
|     Plaintiff, | ) | **ORDER TO DISMISS** |
| | ) | |
| vs. | ) | |
| | ) | District Judge:  Hon. Josephine L. Staton |
| COSTCO WHOLESALE | ) | Courtroom 10A, 10th Floor (Santa Ana) |
| CORPORATION; and DOES 1-50, | ) | Magistrate Judge:  Hon. Sheri Pym |
| inclusive, | ) | Courtroom 3, 3rd Floor (Riverside) |
| | ) | |
|     Defendants. | ) | Filed:       July 27, 2018 |
| | ) | Removed:   April 17, 2019 |
| _____ | ) | |

Having read and considered the Joint Motion to Dismiss, with prejudice, the entire action against Defendants filed by Plaintiff Tiffany Grilli ("Plaintiff") on the one hand, and Defendant, Costco Wholesale Corporation ("Defendant"), on the other hand (the "Motion").

1

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**  All claims by Plaintiff against Defendant are hereby dismissed with prejudice.  Each party agrees to bear its own costs and attorneys' fees.

Dated:  05/19/2020

_JOSEPHINE L. STATON_
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS                          CASE NO. 5:19-cv-00705 JLS (SPx)